IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00183-RPM

DEBORAH A. RUBIN,

    Plaintiff,

v.

BURWELL INDUSTRIES and
MARILYN S. WELLS,

    Defendants.

_____

ORDER DENYING MOTION TO DISMISS
_____

Upon consideration of the complaint, the defendants' motion to dismiss the plaintiff's fourth, fifth, sixth, seventh, eighth and ninth claims for relief, the plaintiff's response and the applicable law, it is

ORDERED that the complaint is sufficient to allege the claims for relief subject to the motion.  Whether the claim for defamation constitutes slander *per se* or not is not determinable on a motion to dismiss.  It is

ORDERED that the defendants' motion to dismiss is denied.

DATED:  March 6th, 1012

                                      BY THE COURT:
                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge