IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00183-RPM

DEBORAH A. RUBIN,

    Plaintiff,

v.

BURWELL INDUSTRIES and
MARILYN S. WELLS,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation for Dismissal with Prejudice [15] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: May 15th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge